Marc A. Lackner (SBN 111753)
mlackner@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Peter J. Kennedy (SBN 166606)
pkennedy@reedsmith.com
Tuan V. Uong (SBN 272447)
tuong@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
Bank of America, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLEDAD CORONA, an individual; VICTORIA URENIA, an individual; IRAJ MOHMADI, an individual; RIGOBERTO RAZO, an individual; LOURDES RAZO, an individual; JAVIER HERNANDEZ, an individual; BRENDA HERNANDEZ, an individual; and ROES 6 through 10, *on behalf of themselves and all others similarly situated*,<br><br>                    Plaintiff(s),<br><br>     vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing, LP, and DOES 1 through 10, inclusive,<br><br>                    Defendant(s). | Case No.: CV-12-6874-DMG (CWx)<br><br>**JUDGMENT GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** |

[PROPOSED] JUDGMENT

On February 11, 2014, this Court entered an order granting Defendant Bank of America, N.A.'s ("BANA") Motion to Dismiss the Third Amended Complaint in its entirety and without leave to amend. [Doc. # 49.]

**THEREFORE, IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 58(a), judgment shall be entered in BANA's favor as to all claims asserted by Plaintiffs. Plaintiffs shall take nothing by reason of the TAC and this matter is dismissed with prejudice.

DATED: February 20, 2014

DOLLY M. GEE
United States District Judge